## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR51 |
| | ) | |
| vs. | ) | AMENDED ORDER |
| | ) | |
| LAURIE SERHAN and | ) | |
| ADAN ZUNIGA-PEREZ, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of defendant Adan Zuniga-Perez (Zuniga-Perez) to remove the case from the June 30, 2014, trial docket (Filing No. 46). The motion (Filing No. 46) is granted. This case will be removed from the June 30, 2014, trial docket **as to both defendants**. Trial will be rescheduled following the disposition of any pretrial motions or the expiration of the June 30, 2014, pretrial motion deadline.

**IT IS SO ORDERED.**

DATED this 18th day of June, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge