IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:14CR51 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| LAURIE SERHAN and ADAN ZUNIGA-PEREZ, | ) | |
| Defendants. | ) | |

A motion for reassignment of case (filing 53) is pending before me.

IT IS ORDERED that:

(1) The undersigned has no objection to the motion.

(2) The motion is referred to Chief Judge Smith Camp and Judge Gerrard for disposition.

Dated July 9, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge